■ VICTOR DEREFINKO, as Executor of MARY A. DEREFINKO, Deceased, Respondent, v SANDRA CURCIO et al., Appellants. (Appeal No. 1.)—Order unanimously affirmed with costs for reasons stated at Supreme Court, Willis, J. (Appeal from order of Supreme Court, Monroe County, Willis, J.—set aside jury verdict.) Present—Doerr, J. P., Denman, Boomer, Green and Pine, JJ.